**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-39620 |
| | § | |
| ROBERTO RODRIGUEZ | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/05/2011, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/23/2011          By: /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 09-39620 |
|---|---|---|
| | § | |
| ROBERTO RODRIGUEZ | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $2,561.85
*and approved disbursements of* $0.00
*leaving a balance on hand of*[1] : $2,561.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | $9,205.26 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $2,561.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $640.44 | $0.00 | $640.44 |
| David Leibowitz, Trustee Expenses | $5.40 | $0.00 | $5.40 |

Total to be paid for chapter 7 administrative expenses: $645.84
Remaining balance: $1,916.01

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,916.01 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,916.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,055.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | American Infosource Lp As Agent for | $634.03 | $0.00 | $50.50 |
| 3 | Chase Bank USA, N.A. | $1,699.15 | $0.00 | $135.34 |
| 4 | Chase Bank USA, N.A. | $270.12 | $0.00 | $21.51 |
| 5 | Chase Bank USA, N.A. | $3,831.21 | $0.00 | $305.15 |
| 6 | Chase Bank USA, N.A. | $5,210.20 | $0.00 | $414.99 |
| 7 | GE Money Bank | $430.90 | $0.00 | $34.32 |
| 8 | GE Money Bank | $878.87 | $0.00 | $70.00 |
| 9 | Fia Card Services, NA/Bank of America | $2,737.72 | $0.00 | $218.06 |
| 10 | Fia Card Services, NA/Bank of America | $8,363.37 | $0.00 | $666.14 |

**UST-Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,916.01 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 1                  Date Rcvd: Feb 24, 2011
Case: 09-39620                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Feb 26, 2011.
db/jdb        +Roberto Rodriguez,   Elizabeth Rodriguez,   235 Cypress Dr.,   Streamwood, IL 60107-1427
aty           +Kyle T Dallmann,   The Law Offices of Peter Francis Geraci,   55 East Monroe Suite 3400,
                Chicago, IL 60603-5920
tr            +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14618082      +Bank of America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
14618074      +Bank of America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
14618067      +Chase,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
14618072      +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
15937095       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14618063      +Chase Manhattan Mortgage,   Attn: Bankruptcy Dept.,   3415 Vision Dr,   Columbus, OH 43219-6009
14618064      +Citizens Auto Finance,   Attn: Bankruptcy Dept.,   480 Jefferson Blvd,   Warwick, RI 02886-1359
14618075      +Equifax,   Attn: Bankruptcy Dept.,   P.O. Box 740241,   Atlanta, GA 30374-0241
14618076      +Experian,   Attn: Bankruptcy Dept.,   P.O. Box 2002,   Allen, TX 75013-2002
14618065      +Ford Motor Credit Company,   Attn: Bankruptcy Dept.,   Po Box Box 542000,   Omaha, NE 68154-8000
14682266      +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
14618085      +Gental Care for Kids Teeth,   Attn: Bankruptcy Dept.,   774 W. Bartlett Rd,
                Bartlett, IL 60103-4482
14618083      +HSBC,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
14618071      +Macy's/DSNB,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
14618070      +Menards/Household Bank,   Attn: Bankruptcy Dept.,   90 Christiana Rd,   New Castle, DE 19720-3118
14618078      +Sears/Citi Cards,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
14618073      +Sears/Citibank,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
16375626       Sheffield Financial/Branch Banking and Trust,   Bankruptcy Section/100-50-01-51,   PO Box 1847,
                Wilson NC 27894-1847
14618079      +Target National Bank,   Attn: Bankruptcy Dept.,   Po Box 673,   Minneapolis, MN 55440-0673
14618077      +TransUnion,   Attn: Bankruptcy Dept.,   P.O. Box 1000,   Chester, PA 19016-1000
14618066      +Victoria's Secret/WFNNB,   Attn: Bankruptcy Dept.,   Po Box 182128,   Columbus, OH 43218-2128

The following entities were noticed by electronic transmission on Feb 24, 2011.
15863156       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2011 01:35:36
                American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16283668       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2011 01:57:38
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
16097673       E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2011 00:30:52      GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14618069      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2011 00:15:14      JC Penney/GEMB,
                Attn: Bankruptcy Dept.,   Po Box 984100,   El Paso, TX 79998-4100
14618068       E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2011 00:30:52      Lowe's/GEMB,
                Attn: Bankruptcy Dept.,   Po Box 103065,   Roswell, GA 30076
14618086      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   Bankruptcy Department,
                PO Box 2020,   Aurora, IL 60507-2020
14618084      +E-mail/Text: bankruptcy@bbandt.com                            Sheffield Financial Co,
                Attn: Bankruptcy Dept.,   2554 Lewisville Clemmons,   Clemmons, NC 27012-8110
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14618080*     +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14618081*     +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2011**            **Signature:** _Joseph Speetjens_