## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-39620-SPS |
| | § | |
| ROBERTO RODRIGUEZ | § | |
| ELIZABETH RODRIGUEZ | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $185,510.00 | Assets Exempt: | $47,600.00 |
| Total Distributions to Claimants: | $1,916.24 | Claims Discharged Without Payment: | $43,804.33 |
| Total Expenses of Administration: | $645.84 | | |

3)        Total gross receipts of $2,562.08  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,562.08 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $184,324.00 | $9,205.26 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $645.84 | $645.84 | $645.84 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $46,565.00 | $27,300.55 | $24,055.57 | $1,916.24 |
| **Total Disbursements** | $230,889.00 | $37,151.65 | $24,701.41 | $2,562.08 |

4). This case was originally filed under chapter 7 on 10/22/2009. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2011                    By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | $2,561.00 |
| Interest Earned | 1270-000 | $1.08 |
| **TOTAL GROSS RECEIPTS** | | $2,562.08 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | $8,800.00 | $9,205.26 | $0.00 | $0.00 |
| | Chase Manhattan Mortgage | 4110-000 | $150,620.00 | NA | $0.00 | $0.00 |
| | Citizens Auto Finance | 4110-000 | $20,604.00 | NA | $0.00 | $0.00 |
| | Sheffield Financal Co | 4110-000 | $4,300.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $184,324.00 | $9,205.26 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $640.44 | $640.44 | $640.44 |
| David Leibowitz, Trustee | 2200-000 | NA | $5.40 | $5.40 | $5.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $645.84 | $645.84 | $645.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Sheffield Financial/Brach Baking and Trust | 7200-000 | NA | $3,244.98 | $0.00 | $0.00 |
| | American Infosource Lp As Agent for | 7100-000 | $600.00 | $634.03 | $634.03 | $50.50 |
| | Chase Bank USA, N.A. | 7100-000 | $1,800.00 | $1,699.15 | $1,699.15 | $135.35 |
| | Chase Bank USA, N.A. | 7100-000 | $400.00 | $270.12 | $270.12 | $21.52 |
| | Chase Bank USA, N.A. | 7100-000 | $4,000.00 | $3,831.21 | $3,831.21 | $305.19 |
| | Chase Bank USA, N.A. | 7100-000 | $5,300.00 | $5,210.20 | $5,210.20 | $415.04 |
| | Equifax | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Experian | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Fia Card Services, NA/Bank of America | 7100-000 | $3,000.00 | $2,737.72 | $2,737.72 | $218.08 |
| | Fia Card Services, NA/Bank of America | 7100-000 | $8,500.00 | $8,363.37 | $8,363.37 | $666.22 |
| | GE Money Bank | 7100-000 | $500.00 | $430.90 | $430.90 | $34.33 |
| | GE Money Bank | 7100-000 | $800.00 | $878.87 | $878.87 | $70.01 |
| | Gental Care for Kids Teeth | 7100-000 | $130.00 | NA | NA | $0.00 |
| | HSBC | 7100-000 | $16,300.00 | NA | NA | $0.00 |
| | Macy's/DSNB | 7100-000 | $1,300.00 | NA | NA | $0.00 |
| | Menards/Household Bank | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $35.00 | NA | NA | $0.00 |
| | Sears/Citi Cards | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Sears/Citibank | 7100-000 | $2,100.00 | NA | NA | $0.00 |
| | TransUnion | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Victoria's Secret/WFNNB | 7100-000 | $300.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$46,565.00** | **$27,300.55** | **$24,055.57** | **$1,916.24** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No.: | 09-39620-SPS | | Trustee Name: | David Leibowitz |
| Case Name: | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | | Date Filed (f) or Converted (c): | 10/22/2009 (f) |
| For the Period Ending: | 7/11/2011 | | §341(a) Meeting Date: | 12/30/2009 |
| | | | Claims Bar Date: | 10/18/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | (Debtors' Primary | $146,750.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Checking account with Harris Bank #xxxxxx7660 | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Checking Account with Chase Bank #xxxxxx9888 | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Household goods; TV, DVD player, VCR, | $1,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Necessary wearing apparel. | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Earrings, watch, costume jewelry | $50.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | Wedding ring set | $200.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | Pension w/ Employer/Former Employer - 100% Exemp | $3,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 | Citizens AF - 2003 GMC Yukon with over 66,000 mi | $16,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 | FMCC - 2003 Ford Windstar with over 88,000 miles | $6,975.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | 1991 Ford Mustang with over 160,000 miles | $1,800.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 1993 Ford Festiva with over 111,000 miles | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 14 | 2006 Arctic Cat | $1,085.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15 | 1985 Trailer | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16 | 2009 5' X 10' enclosed trailer | $3,000.00 | $400.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17 | Tax Refund | $2,800.00 | $0.00 | DA | $2,561.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | | $1.08 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 09-39620-SPS | |
| **Case Name:** | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | |
| **For the Period Ending:** | 7/11/2011 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/22/2009 (f) |
| **§341(a) Meeting Date:** | 12/30/2009 |
| **Claims Bar Date:** | 10/18/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $185,510.00 | $400.00 | | $2,562.08 | $0.00 |

**Major Activities affecting case closing:**

    TFR in Progress

    TFR Completed for Trustee's review

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/03/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/03/2011 | DAVID LEIBOWITZ |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-39620-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******7524 | **Money Market Acct #:** ******3265 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 10/22/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/11/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/03/2010 | (17) | Roberto Rodriguez | 4 | 1124-000 | $561.00 | | $561.00 |
| 06/03/2010 | (17) | Roberto Rodriguez | 2 | 1124-000 | $1,000.00 | | $1,561.00 |
| 06/03/2010 | (17) | Roberto Rodriguez | 3 | 1124-000 | $1,000.00 | | $2,561.00 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.07 | | $2,561.07 |
| 06/29/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,561.07 | $0.00 |
| | | | **TOTALS:** | | $2,561.07 | $2,561.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,561.07 | |
| | | | **Subtotal** | | $2,561.07 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,561.07 | $0.00 | |

| | | | |
|---|---|---|---|
| **For the period of 10/22/2009 to 7/11/2011** | | **For the entire history of the account between 06/03/2010 to 7/11/2011** | |
| Total Compensable Receipts: | $2,561.07 | Total Compensable Receipts: | $2,561.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,561.07 | Total Comp/Non Comp Receipts: | $2,561.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,561.07 | Total Internal/Transfer Disbursements: | $2,561.07 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-39620-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7524 | Checking Acct #: | ******9620 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2011 | | Transfer From: #******9620 | | 9999-000 | $2,562.08 | | $2,562.08 |
| 04/07/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $5.40 | $2,556.68 |
| 04/07/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $640.44 | $1,916.24 |
| 04/07/2011 | 2003 | American Infosource Lp As Agent for | Claim #: 2; Amount Claimed: 634.03; Amount Allowed: 634.03;  Distribution Dividend: 7.97; | 7100-000 | | $50.50 | $1,865.74 |
| 04/07/2011 | 2004 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 1,699.15; Amount Allowed: 1,699.15;  Distribution Dividend: 7.97; | 7100-000 | | $135.35 | $1,730.39 |
| 04/07/2011 | 2005 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 270.12; Amount Allowed: 270.12;  Distribution Dividend: 7.97; | 7100-000 | | $21.52 | $1,708.87 |
| 04/07/2011 | 2006 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 3,831.21; Amount Allowed: 3,831.21;  Distribution Dividend: 7.97; | 7100-000 | | $305.19 | $1,403.68 |
| 04/07/2011 | 2007 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 5,210.20; Amount Allowed: 5,210.20;  Distribution Dividend: 7.97; | 7100-000 | | $415.04 | $988.64 |
| 04/07/2011 | 2008 | GE Money Bank | Claim #: 7; Amount Claimed: 430.90; Amount Allowed: 430.90;  Distribution Dividend: 7.97; | 7100-000 | | $34.33 | $954.31 |
| 04/07/2011 | 2009 | GE Money Bank | Claim #: 8; Amount Claimed: 878.87; Amount Allowed: 878.87;  Distribution Dividend: 7.97; | 7100-000 | | $70.01 | $884.30 |
| 04/07/2011 | 2010 | Fia Card Services, NA/Bank of America | Claim #: 9; Amount Claimed: 2,737.72; Amount Allowed: 2,737.72;  Distribution Dividend: 7.97; | 7100-000 | | $218.08 | $666.22 |
| 04/07/2011 | 2011 | Fia Card Services, NA/Bank of America | Claim #: 10; Amount Claimed: 8,363.37; Amount Allowed: 8,363.37;  Distribution Dividend: 7.97; | 7100-000 | | $666.22 | $0.00 |

|  |  |  | **SUBTOTALS** | | $2,562.08 | $2,562.08 | |

Case 09-39620   Doc 42   Filed 08/17/11   Entered 08/17/11 16:26:47   Desc Main
Document   Page 9 of 11

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-39620-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******7524 | Checking Acct #: | ******9620 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/22/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/11/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,562.08 | $2,562.08 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,562.08 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,562.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,562.08 | |

**For the period of 10/22/2009 to 7/11/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,562.08 |
| | |
| Total Compensable Disbursements: | $2,562.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,562.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/07/2011 to 7/11/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,562.08 |
| | |
| Total Compensable Disbursements: | $2,562.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,562.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 09-39620-SPS | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | ******7524 | | | **Money Market Acct #:** | | ******9620 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | MMA |
| **For Period Beginning:** | 10/22/2009 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 7/11/2011 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,561.07 | | $2,561.07 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $2,561.08 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.11 | | $2,561.19 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.11 | | $2,561.30 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.11 | | $2,561.41 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.11 | | $2,561.52 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.11 | | $2,561.63 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.11 | | $2,561.74 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.11 | | $2,561.85 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.10 | | $2,561.95 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.11 | | $2,562.06 |
| 04/07/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 4/7/2011 | 1270-000 | $0.02 | | $2,562.08 |
| 04/07/2011 | | Transfer To: #******9620 | | 9999-000 | | $2,562.08 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **TOTALS:** | | | $2,562.08 | $2,562.08 | $0.00 |
| | **Less: Bank transfers/CDs** | | | $2,561.07 | $2,562.08 | |
| | **Subtotal** | | | $1.01 | $0.00 | |
| | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | **Net** | | | $1.01 | $0.00 | |

| | | | | |
|---|---|---|---|---|
| **For the period of 10/22/2009 to 7/11/2011** | | | **For the entire history of the account between 06/25/2010 to 7/11/2011** | |
| Total Compensable Receipts: | $1.01 | | Total Compensable Receipts: | $1.01 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.01 | | Total Comp/Non Comp Receipts: | $1.01 |
| Total Internal/Transfer Receipts: | $2,561.07 | | Total Internal/Transfer Receipts: | $2,561.07 |
| | | | | |
| Total Compensable Disbursements: | $0.00 | | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,562.08 | | Total Internal/Transfer Disbursements: | $2,562.08 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 09-39620-SPS | **Trustee Name:** David Leibowitz |
| **Case Name:** | RODRIGUEZ, ROBERTO AND RODRIGUEZ, ELIZABETH | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******7524 | **Money Market Acct #:** ******9620 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 10/22/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/11/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
| | | $2,562.08 | $2,562.08 | $0.00 |

**For the period of 10/22/2009 to 7/11/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,562.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,562.08 |
| Total Internal/Transfer Receipts: | $5,123.15 |
| | |
| Total Compensable Disbursements: | $2,562.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,562.08 |
| Total Internal/Transfer Disbursements: | $5,123.15 |

**For the entire history of the case between 10/22/2009 to 7/11/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,562.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,562.08 |
| Total Internal/Transfer Receipts: | $5,123.15 |
| | |
| Total Compensable Disbursements: | $2,562.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,562.08 |
| Total Internal/Transfer Disbursements: | $5,123.15 |